David G. JEEP, Appellant,

v.

Jack A. BENNETT, Associate Circuit Judge, Camden County; Devin M. Ledom, Assistant Prosecuting Attorney, Camden County; Alex Little, Police Officer, # 920, City of Osage Beach; Tim Taylor, Police Officer, # 913, City of Osage Beach; W. Steven Rives, Prosecuting Attorney; W. James Icenogle, Prosecuting Attorney; Bruce Colyer, Associate Circuit Judge; Jay Nixon, Attorney General, State of Missouri; Camden County; City of Osage Beach; State of Missouri, Appellees.

No. 08–1823.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 6, 2008.

Filed: Oct. 10, 2008.

David G. Jeep, St. Louis, MO, pro se.

Ryan E. Bertels, Asst. Atty. Gen., Jefferson City (Jeremiah W. (Jay) Nixon, Atty. Gen., on the brief), for appellees Bennett, Colyer, Nixon, and State of Missouri.

Michael G. Berry, Marshall V. Wilson, Berry Wilson, LLC, Jefferson City, MO, for appellees Osage Beach, Taylor, Little, Camden County, Icenogle, Ledom, and Rives.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

David Jeep appeals the district court's[1] orders dismissing his claims against multiple defendants and granting summary judgment to the remaining defendants in his 42 U.S.C. § 1983 action. After careful review, we conclude that the orders were proper for the reasons stated by the district court and that an extended discussion is not warranted. *See Maness v. Dist. Court,* 495 F.3d 943, 943–44 (8th Cir.2007) (per curiam) (de novo review of dismissals based on immunity); *Rouse v. Benson,* 193 F.3d 936, 939 (8th Cir.1999) (district court's grant of summary judgment reviewed de novo).

Accordingly, we affirm the judgment of the district court, *see* 8th Cir. R. 47B, and we deny as moot Jeep's motion for an expedited appeal.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.